**No. 61904.**—Grossman & Weissman, Inc. *v.* United States, protests 303409–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 61905.**—Walter B. Stevens & Son, Inc., et al. *v.* United States, protests 305097–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of plaintiffs was sustained.